# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SEALED**

| | | |
|---|---|---|
| In Re Complaint | ) | |
| | ) | |
| | ) | **Case No. MJ-04-M248 JLA** |
| | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court, with the exception of release of a copy of the complaint and affidavit to defendants at the initial appearance. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  Nancy Rue
Assistant U.S. Attorney

11/9/04  Allowed  M.J.