## MAGISTRATE JUDGE CLERK NOTES ~~SEALED~~

| | |
|---|---|
| Magistrate Judge: ALEXANDER (01AC) | Date: 11/9/04          Time In Court  1 HR. |
| Courtroom Clerk: REX BROWN | Tape Number: DIGITAL RECORDING |
| Case: USA v.  William Stanley (1); John Manning (2 | Case Number: MJ04-M-248 JLA |
| AUSA: NANCY RUE | Defense Counsel: Timothy Watkins; John Wall |
| PTSO/PO: Vanjee Kutsco | Interpreter: ~~Knierszekly~~ N/A  Language: ~~Spanish~~ N/A |

## TYPE OF HEARING

**[✔] Initial Appearance**
[✔] Arrested: Date: 11/5/04
  Charging District: _____
[ ] on warrant     [✔] on probable cause
[✔] Defendant Sworn
[✔] Advised of Charges
[✔] Advised of Rights
[✔] Requests Appointment of Counsel
[ ] Will Retain Counsel
[✔] Court Orders Counsel be Appointed
[✔] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____

[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District.
    Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[ ] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Bail Revocation Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] Initial Status Conference
[ ] Interim Status Conference
[ ] Final Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

Probable Cause/Detention
_____ Hearing/Conference set for 11/15/04 _____ at 3:30 PM

## REMARKS

Defendants makes first appearance in Court and fill out financial affidavits. Court appoints federal defender Timothy Watkins and CJA counsel John Wall. Timothy Watkins appears with defendant William Stanley and John Wall appears with defendant John Manning. Government moves for detention, and a three day continuance. Motions granted. Defendants returned to custody of US Marshal pending further hearing. Detention hearings set for November 15, 2004, at 3:30 PM.

(C:\CmEcf\ImplementationTeams\MJSTARTeam\CrCtNoteMJforpdf.wpd 5/19/03)