
ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04 CR 1 0 3 6 3 DPW** |
| | ) | Criminal No. 04-CR-_____ |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1.  WILLIAM STANLEY | ) | |
| 2.  JOHN MANNING, | ) | 21 U.S.C. § 846 – |
| Defendants. | ) | Conspiracy to Distribute Marijuana |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) – |
| | ) | Possession with Intent to Distribute |
| | ) | Marijuana |
| | ) | |
| | ) | 18 U.S.C. § 2 – |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. §853 – |
| | ) | Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 -- Conspiracy to Distribute Marijuana)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about October 2004 and continuing to on or about November 8, 2004, at Billerica and elsewhere in the District of Massachusetts, in the Southern District of Texas, and elsewhere,

    1. WILLIAM STANLEY and
    2. JOHN MANNING,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**        (21 U.S.C. § 841(a)(1) – Possession of Marijuana With Intent to
                      Distribute; 18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about November 8, 2004, at Billerica and elsewhere, in the District of Massachusetts,

    1.   WILLIAM STANLEY and
    2.   JOHN MANNING,

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

It is further alleged that this offense involved at least 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. As to the offenses charged in this indictment and relevant conduct as described in USSG §1B1.3, Defendant WILLIAM STANLEY is accountable for at least 400 kilograms but less than 700 kilograms of marijuana. Accordingly, USSG § 2D1.1(c)(6) applies to this defendant.

2. As to the offenses charged in this indictment and relevant conduct as described in USSG § 1B1.3, Defendant JOHN MANNING is accountable for at least 400 kilograms but less than 700 kilograms of marijuana. Accordingly, USSG § 2D1.1(c)(6) applies to this defendant.

3. As to the offenses charged in this indictment and relevant conduct as described in USSG § 1B1.3, Defendant WILLIAM STANLEY was an organizer, leader, manager and supervisor in a criminal activity that involved at least five participants and was otherwise extensive. Accordingly, USSG § 3B1.1(a) and (b) apply to this Defendant.

4. As to the offenses charged in this indictment and relevant conduct as described in USSG § 1B1.3, Defendant JOHN MANNING was an organizer, leader, manager and supervisor in a criminal activity that involved at least five participants and was otherwise extensive. Accordingly, USSG § 3B1.1(a) and (b) apply to this Defendant.

5. At the time that he committed the offenses in this indictment, WILLIAM STANLEY was at least eighteen years old and had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, USSG §§ 4B1.1

and 4B1.2 apply to this defendant.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts I and II of this Indictment, the defendants,

        1. WILLIAM STANLEY, and
        2. JOHN MANNING,

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p) and 21 U.S.C. § 970, to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853 and 21 U.S.C. § 970.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY


_____
Nancy Rue
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                    December 9, 2004

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk

12/9

C 1:30

-7-

04CR 10363DP..

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II    **Investigating Agency** ICE

**City** Billerica                **Related Case Information:**

**County** Middlesex              Superseding Ind./ Inf. _____  Case No. 04-248-JLA
                                  Same Defendant _____  New Defendant _____
                                  Magistrate Judge Case Number _____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  William Stanley                      Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): 1961   SSN (last 4 #): 9891   Sex M   Race: w   Nationality: USA

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Nancy Rue                          Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date:  November 8, 2004

☒ Already in Federal Custody as   11-8-04   in   USMS
☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9 Dec 04         Signature of AUSA: _____

04CR1363DPW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   WILLIAM STANLEY

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)

04 CR 10363 DPW

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No. __II__  Investigating Agency __ICE__

City __Billerica__                Related Case Information:

County __Middlesex__           Superseding Ind./ Inf. _____  Case No. __04-248-JLA__
                               Same Defendant _____  New Defendant _____
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number _____
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Manning__                     Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1963__  SSN (last 4 #): __7637__  Sex __M__  Race: __w__  Nationality: __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                              Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No           List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: __November 8, 2004__

☐ Already in Federal Custody as _____ in _____

☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial

☒ On Pretrial Release:  Ordered by __USMJ Alexander__ on __Nov. 15, 2004__

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9 Dec 04__        Signature of AUSA: _____

04CR10363DPW

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   John Manning

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**