AO 458 (Rev. 10/95) Appearance

Sealed

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

**APPEARANCE**

Case Number: MJ04-M-348 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

John Manning

I certify that I am admitted to practice in this court.

Date: 11/15/04

Signature: [signature]

Print Name: Timothy G. Fraley

Bar Number: 557477

Address: 43 Bowdoin Street

City: Boston   State: MA   Zip Code: 02114

Phone Number: 617-227-7777

Fax Number: 617-227-7777