US District Court
District of Massachusetts

JLA

Re: US v Wm. Stanley            Criminal Action 04CR10363 DPW

## Motion to Unseal

1 — On 11/09/04 a complaint was issued charging defendant with drug violations.

2 — The government immediately filed a motion to seal the complaint, affidavit, Court's order and any other paper work related to this matter.

3 — The motion was based on the assertion that public disclosure might jeopardize the ongoing investigation and the ability to arrest the defendant.

4 — Two months have passed since the sealing of the affidavit. Defendant has been arrested, indictment returned and hearing held.

Wherefore

I, Milton Gun of the N.E. News Service request that the court order the unsealing of the affidavit in the case

[signature]
N.E. News Svc
66 Alexander Rd
Newton, MA 02461
Phone 617/969-4102