UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 04-10363-DPW |
| ) | |
| WILLIAM STANLEY et al., ) | |
| ) | SEALED |
| Defendants ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the instant indictment until further order of this court, <u>with the exception of providing a copy, redacted if appropriate, to defendants at the time of their initial appearance or arraignment</u>. As grounds for this motion, the government states that three defendants named in this indictment have not yet been arrested, and public disclosure of these materials might jeopardize the ability of law enforcement agents to effect their arrest, or the safety of the agents in so doing.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nancy Rue
Assistant U.S. Attorney

*[Handwritten in left margin: 2/10/05 Allowed / granth goal deny USMJ]*