# MEMORANDUM

**DATE:** *Feb 10, 2005*

**TO:** Courtroom Clerk for Judge *Woodlock*

and Magistrate Judge *Alexander*

**FROM:** Sheila A Diskes

**SUBJECT:** Assignment of New Indictment/Information  (Superseding  ✓ )[1]

---

Please be advised that the following indictment/information returned or filed on _____ _____ has been assigned/referred to you.

Criminal No. *04- 10363-DPW* U.S.A. v. *W. Stanley*

✓____ This INDICTMENT/INFORMATION is SEALED.  The original file and copies will be maintained under seal until requested or retrieved.

_____ This INDICTMENT/INFORMATION is not sealed.  The original file will be forwarded to _____ _____ upon completion of case opening.  A copy of the indictment/information is attached for your information.

**cc:** AUSA _____

(newindic.mem - 08/96)

---

[1] **Note:**

**1.**  Please check defendant order if this case is superseding.  The defendant order does not, and WILL NOT, be changed from that in the original case.

**2.**  THERE IS NO AUTOMATIC REFERRAL TO A MAGISTRATE JUDGE REGARDING SUPERSEDING INDICTMENTS.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                  v.        )  Criminal No.  04-CR-10363-DPW
                         )
1.   **WILLIAM STANLEY**        )  VIOLATIONS:
2.   **JOHN MANNING,**          )
3.   **FELIX PARRA-GASTELOM,**  )  21 U.S.C. § 846 –
4.   **JOSE LUIS ARELLANO,**     )  Conspiracy to Distribute Marijuana
5.   **ANTHONY SAUNDERS, a.k.a. ANTHONY**  )
     **LUCENTE, a.k.a. "Big T"**    )  21 U.S.C. § 841(a)(1) –
6.   **RICHARD ADAMS,**        )  Possession with Intent to Distribute
7.   **KEVIN MCIVER,**          )  Marijuana
8.   **FREDERICK PIDGE**       )
9.    **LEON ROMPREY,**        )  21 U.S.C. § 856(a) –
10. **SANDRA SAUNDERS, a.k.a. SANDRA**  )  Maintaining Drug-Involved
     **LUCENTE a.k.a. SANDRA ROMPREY,**  )  Premises
                         )
      **Defendants.**          )  18 U.S.C. § 2 –
                         )  Aiding and Abetting
                         )
                         )  21 U.S.C. § 853 –
                         )  Criminal Forfeiture  Allegation
                         )
                         )

## SUPERSEDING INDICTMENT

**COUNT ONE:**      **(21 U.S.C. § 846 -- Conspiracy to Distribute Marijuana)**

The Grand Jury charges that:

    From a time unknown to the Grand Jury, but at least by in or about October 2004 and

continuing to on or about November 8, 2004, at Somerville, Billerica and elsewhere in the

District of Massachusetts, at Laredo, in the Southern District of Texas, and elsewhere,

             1.     **WILLIAM STANLEY**
             2.     **JOHN MANNING,**
             3.     **FELIX PARRA-GASTELOM,**
             4.     **JOSE LUIS ARELLANO,**

-1-

| 5. | **ANTHONY SAUNDERS, a.k.a.** |
| | **ANTHONY LUCENTE, a.k.a. "Big T"** |
| 6. | **RICHARD ADAMS,** |
| 7. | **KEVIN MCIVER,** |
| 8. | **FREDERICK PIDGE,** |
| 9. | **LEON ROMPREY,** |
| 10. | **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a.** |
| | **SANDRA ROMPREY,** |

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, unknown to the Grand Jury, to possess with intent to distribute and to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**    (21 U.S.C. § 841(a)(1) – Possession of Marijuana With Intent to Distribute; 18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about November 8, 2004, at Billerica and Somerville, in the District of Massachusetts,

1.    **WILLIAM STANLEY**
2.    **JOHN MANNING,**
3.    **FELIX PARRA-GASTELOM,**
5.    **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T"**
6.    **RICHARD ADAMS,**
7.    **KEVIN MCIVER,**
8.    **FREDERICK PIDGE,**
9.    **LEON ROMPREY,**
10.   **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY,**

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance.

It is further alleged that this offense involved at least 100 kilograms of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

-3-

**<u>COUNT THREE:</u>**    **(21 U.S.C. § 856(a)(2) – Maintaining Drug Involved Premises)**

The Grand Jury further charges that:

    In or about November 2004, in Billerica, in the District of Massachusetts, while managing and controlling a place, to wit: a warehouse located at 239 Rangeway Road in Billerica,  as an owner, employee and agent,

**KEVIN MCIVER,**

defendant herein, knowingly and intentionally made available for use such place for the purpose of unlawfully storing and distributing a controlled substance, to wit: marijuana, a Schedule I controlled substance.

    All in violation of Title 21, United States Code, Section 856(a)(2).

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts I, II, and III of this Indictment, the

defendants,

> 1.   **WILLIAM STANLEY**
> 2.   **JOHN MANNING,**
> 3.   **FELIX PARRA-GASTELOM,**
> 4.   **JOSE LUIS ARELLANO,**
> 5.   **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T"**
> 6.   **RICHARD ADAMS,**
> 7.   **KEVIN MCIVER,**
> 8.   **FREDERICK PIDGE,**
> 9.   **LEON ROMPREY,**
> 10.  **SANDRA SAUNDERS, a.k.a. SANDRA LUCENTE a.k.a. SANDRA ROMPREY,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property

used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violations, including without limitation:

> (a)   the real property and buildings located at 239 Rangeway Road, Billerica, Massachusetts, having a deed recorded at the Southern Middlesex County Registry of Deed, Book 173, Page 63, currently owned by **KEVIN MCIVER;**
>
> (b)   one white 1999 Ford Econovan, bearing VIN 1FTRE1420XHA06080 and Massachusetts registration number US30RG, currently owned by **SANDRA SAUNDERS;** and
>
> (c)   one brown 2002 Ford Taurus, bearing VIN 1FAFP56SC2A115574 and Massachusetts registration number 62DV40, currently owned by **ANTHONY SAUNDERS, a.k.a. ANTHONY LUCENTE, a.k.a. "Big T".**

2.     If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

     (a)   cannot be located upon the exercise of due diligence;

     (b)   has been transferred or sold to, or deposited with, a third party;

     (c)   has been placed beyond the jurisdiction of the Court;

     (d)   has been substantially diminished in value; or

     (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY


_____
Nancy Rue
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                    February 10, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.


_____
Deputy Clerk                    2/10/05
                                1:15pm

-7-

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: _____  Category No.  II _____  Investigating Agency  ICE _____

City   Billerica _____       **Related Case Information:**

County   Middlesex _____     Superseding Ind./ Inf.   X _____     Case No.    04-10363-DPW
                                        Same Defendant        X _____     New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   William Stanley _____          Juvenile    ☐ Yes   ☒ No

Alias Name   _____

Address   _____

Birth date (Year only):  1961  SSN (last 4 #):  9891  Sex  M  Race:   w _____  Nationality:  USA _____

Defense Counsel if known:   Michael D. Brennan _____   Address:  392 Union Avenue Framingham, MA

Bar Number:   _____

**U.S. Attorney Information:**

AUSA   Nancy Rue _____     Bar Number if applicable _____

Interpreter:   ☐ Yes  ☒ No       List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

        ☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

**Location Status:**

Arrest Date:   November 8, 2004 _____

☒ Already in Federal Custody as   11/8/04 _____   in   USMS _____ .
☐ Already in State Custody _____    ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:   ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  Feb 10 05 _____   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    John Manning _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __II__    Investigating Agency __ICE__

City __Billerica_____    **Related Case Information:**

County __Middlesex_____    Superseding Ind./ Inf. __X__    Case No. __04-10363 DPW__
Same Defendant __x__    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __John Manning_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1963__  SSN (last 4 #): __7637__ Sex __M__ Race: __w__    Nationality: __USA__

Defense Counsel if known: __Timothy P. Flaherty__    Address: __43 Bowdoin Street 02114__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Nancy Rue_____    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☒ Yes  ☐ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __November 8, 2004_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __USMJ Alexander__    on __Nov. 15, 2004__

Charging Document: ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts: ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __Feb 10 2005__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    John Manning _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 | conspiracy to distribute marijuana | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | 21 USC 853 | criminal forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                                      **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No. __II__          Investigating Agency __ICE__

City __Billerica__                   **Related Case Information:**

County __Middlesex__                 Superseding Ind./ Inf. __X__              Case No. __04-CR-10363-DPW__
                                     Same Defendant _____  New Defendant __x__
                                     Magistrate Judge Case Number __04-00284– JLA__
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Sandra Saunders__                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __Rumney, NH__

Birth date: __1945__   SS#: __1791__   Sex: __F__   Race: __W__          Nationali __USA__

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

     ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date: __December 2004__ _12/20/04_

☒ Already in Federal Custody as __per Hon. JL Alexander__ _12/20/04_ in __USMS custody__ .
☐ Already in State Custody _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felon __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: __February 10, 2005__          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Sandra Saunders _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** __II__ | **Investigating Agency** __ICE__ |

**City** __Billerica__      **Related Case Information:**

**County** __Middlesex__      **Superseding Ind./Inf.** __X__    **Case No.** __04-CR-10363-DPW__
                 **Same** _____ **New** __x__
                 **Magistrate Judge Case Number** __04-284-JLA__
                 **Search Warrant Case** _____
                 **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant** __Leon Romprey__      **Juvenile** ☐ Yes ☒ No

**Alias Name** _____

**Address** __Rumney NH__

**Birth** __1942__    **SS#:** __1753__    **Sex:** __M__    **Race:** __w__    **Nationality** __USA__

**Defense Counsel if known:** __James Krasnoo__      **Address:** __23 Main Street, Andover__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Nancy Rue__      **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No      **List language and/or dialect:** _____

**Matter to be SEALED:** ☒ Yes ☐ No

     ☐ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:** __December 2004__ *12/20/04*

☒ **Already in Federal Custody as** __per Hon JL Alexander__ *12/20/04* in __USMS custody__ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:** ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** February 10, 2005      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant   Leon Romprey _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No. __II__          Investigating Agency __ICE__

City __Billerica__          Related Case Information:

County __Middlesex__          Superseding Ind./ Inf. __x__          Case No. __04-10363-dpw__
                             Same _____  New ____x____
                             Magistrate Judge Case Number __04-00284– JLA__
                             Search Warrant Case _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant __Richard Adams__                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __Revere, MA__

Birth __1953__    SS#: __1909__    Sex: __M__    Race: __w__    Nationality __USA__

Defense Counsel if known: _Stephen J. Weymouth_    Address: _65a Atlantic Ave #3_
                                                            _Boston  02110_

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:  ☒ Yes  ☐ No

          ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date: __December 2004__ _12/20/04_
                                      _12/20/04_
☒ Already in Federal Custody as __per Hon. JL Alexander__ in __USMS custody__ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____    on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  February 10, 2005          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy   _____

Name of Defendant   Richard Adams   _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to Distribute Marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION:   _____

_____

_____

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense: __Billerica__     Category No. __II__     Investigating Agency __ICE__

City __Billerica__     Related Case Information:

County __Middlesex__     Superseding Ind./Inf. __X__     Case No. __04-10363-dpw__

Same Defendant _____ New __X__

Magistrate Judge Case Number __04-M-274 JLA__

Search Warrant Case _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant __FELIX PARRA-GASTELOM__     Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1962__ SSN (last 4 #): _____ Sex _M_ Race: __Hispanic__ Nationality __Mexican__

Defense Counsel if known: __Peter Krupp__     Address: __One McKinley Sq Boston__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__     Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No     List language and/or dialect: _Spanish_

Matter to be SEALED: ☒ Yes ☐ No

    ☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __December 2004__ _12/16/04_

☒ Already in Federal Custody as _12/16/04_ in _USMS_ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☐ 2 Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _10 Feb 05_     Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     FELIX PARRA-GASTELOM _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with intent to distribute marijuana, a Schedule 1 controlled substance | 1 |
| Set 2 | 841(a)(1) | possession with intent to distribute | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Billerica__    Category No. __II__    Investigating Agency __ICE__

City __Billerica__    Related Case Information:

County __Middlesex__    Superseding Ind./ Inf. _____    Case No. __04 - 10363- DPW__
Same Defendant _____ New __X__
Magistrate Judge Case Number __04-M-274 JLA__
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant __JOSE LUIS ARELLANO__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1955__  SSN (last 4 #): _____  Sex _M_  Race: __Hispanic__  Nationality __Mexican__

Defense Counsel if known: __Andrew M. DeAngelo__    Address: __20 Park Plaza, Boston 02116__
_____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☒ Yes ☐ No

☐ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: __December 2004__  _12/16/04_

☒ Already in Federal Custody as _12/16/04_    in _USMS_ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☑    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _10 Feb 05_    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    JOSE LUIS ARELLANO _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 846 and 841(a)(1) | conspiracy to distribute, and possess with intent to distribute marijuana, a Schedule 1 controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

| | |
|---|---|
| Place of Offense: | Category No. __II__    Investigating Agency __ICE__ |

City __Billerica__                    Related Case Information:

County __Middlesex__                 Superseding Ind./ Inf. __X__         Case No. __04-CR-10363-DPW__
                                     Same _____  New    __x__
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant    __Kevin McIver__                    Juvenile    ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth __1963__    SS#: __3409__    Sex: __M__   Race: __W__         National __USA__

Defense Counsel if known:    __Tom Butters__        Address: __One Exeter Plaza, Boston__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__                    Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No         List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes  ☐ No

        ☒ Warrant Requested            ☐ Regular Process            ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felon __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __February 10, 2005__        Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Kevin McIver _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | possession with intent to distribute marijuana | 2 |
| Set 3  21 USC 856(a)(2) | maintaining drug involved premises | 3 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

**Criminal Case Cover Sheet**                                 **U.S. District Court - District of Massachusetts**

Place of Offense:                    Category No.  **II**_____      Investigating Agency  **ICE**_____

City  <u>Billerica</u>_____    Related Case Information:

County  <u>Middlesex</u>_____    Superseding Ind./ Inf.  **X**_____   Case No.  __04-CR-10363-DPW__
                                     Same _____  New          __x__
                                     Magistrate Judge Case Number  _____
                                     Search Warrant Case
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant       <u>Frederick Pidge</u>_____    Juvenile   ☐ Yes   ☒ No

Alias Name    _____

Address   <u>Billerica MA</u>_____

Birth   <u>1951</u>_____   SS#:  <u>0448</u>_____   Sex: <u>M</u>   Race: <u>w</u>_____   Nationality <u>USA</u>_____

Defense Counsel if known:   <u>Bernard Grossberg</u>_____     Address:  <u>99 Summer St #1800</u>_____
                                                                        _____

Bar Number:     _____

**U.S. Attorney Information:**

AUSA   <u>Nancy Rue</u>_____     Bar Number if applicable   _____

Interpreter:   ☐ Yes   ☒ No        List language and/or dialect:   _____

Matter to be SEALED:   ☒ Yes   ☐ No

         ☒ Warrant Requested       ☐ Regular Process        ☐ In Custody

Location Status:

Arrest Date:     _____

☐ Already in Federal Custody as   _____  in  _____ .
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

Charging Document:      ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:      ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  February 10, 2005        Signature of AUSA:   _____

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant    Frederick Pidge _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841(a)(1) | Possession with intent to distribute marijuana | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

Place of Offense:      Category No. __II__      Investigating Agency __ICE__

City   __Billerica__      Related Case Information:

County   __Middlesex__      Superseding Ind./ Inf. _____    Case No.   __04-10363-dpw__
     Same _____   New    __x__
     Magistrate Judge Case Number _____
     Search Warrant Case _____
     R 20/R 40 from District of _____

**Defendant Information:**

Defendant    __Anthony Saunders__      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   __West Newton, MA__

Birth   __1964__   SS#: __2025__   Sex: __M__   Race: __w__    Nationality __USA__

Defense Counsel if known:   __Robert Jubinville__      Address: __487 Adams St Milton__

Bar Number: _____

**U.S. Attorney Information:**

AUSA   __Nancy Rue__      Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No      List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

     ☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   February 10, 2005      Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy _____

Name of Defendant     _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 & 841(a)(1) | Conspiracy to Possess With Intent to Distribute Marijuana | 1 |
| Set 2  21 USC § 841 | Possession with intent to distribute | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

ADDITIONAL INFORMATION: _____

_____

_____

JS45.rompreysaundersadams.wpd - 3/13/02