AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FREDERICK PIDGE

## WARRANT FOR ARREST

CASE NUMBER:  04-10363-DPW

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          FREDERICK PIDGE
                                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment      Information      Complaint      Order of court      Violation Notice      Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspiring to possess with intent to distribute marijuana, a Schedule I controlled substance, and knowingly and intentionally possessing with intent to distribute marijuana, a Schedule I controlled substance

2005 FEB 10 P 2:01
RECEIVED U.S. MARSHAL SERVICE BOSTON, MA



in violation of
Title                                                    United States Code, Section(s)  846 and 841(a)(1)

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer          Operations Supervisor

02-10-2005      Boston, MA
Date and Location

Bail fixed at $                                                    by
                                                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | WARRANT EXECUTED BY *ICE* NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | BY ARREST OR ARRAIGNMENT OF THE DEFENDANT ON 2/23/05 | |

This form was electronically produced by Elite Federal Forms, Inc.