AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

KEVIN MCIVER

**WARRANT FOR ARREST**

CASE NUMBER: 04-10363-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  KEVIN MCIVER
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspiring to possess with intent to distribute marijuana, a Schedule I controlled substance; knowingly and intentionally possessing with intent to distribute marijuana, a Schedule I controlled substance; and managing and controlling a place, to wit: a warehouse located at 239 Rangeway Road, Billerica, and knowingly and intentionally making such place available for the purpose of unlawfully storing and distributing a controlled substance, to wit: marijuana, a Schedule I controlled substance.

in violation of
Title _____ United States Code, Section(s) 846, 841(a)(1), and 856(a)(2)

Sheila _____                                    _____ Supervisor
Name of Issuing Officer                         Title of Issuing Officer

_____                                           02-10-2005    Boston, MA
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____  by _____
                         Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ICE

| DATE RECEIVED | BY ARREST/ARRAIGNMENT OF THE NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | DEFENDANT ON 2/23/05 | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT:                                                              WEIGHT:

SEX:                                                                 RACE:

HAIR:                                                                EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: