AO 442    (Rev. 5/93) Warrant for Arres

# UNITED STATES DISTRICT COURT

_____ District of _____

UNITED STATES OF AMERICA

V.

CHARLES CARRINGTON

**WARRANT FOR ARREST**

Case Number:    97-10104-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **CHARLES CARRINGTON**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complain    ☐ Order of court    ☐ Violation    X  Probation Violation Petition

charging him or her    (brief description of offense)

Violation of condition: defendant shall not commit another federal, state or local crime and shall not illegally possess a controlled substance

in violation of _____ 18 _____ United States Code, Section(s) _____

Douglas P. Woodlock                                    United States District Judge
Name of Issuing Officer                                  Title of Issuing Officer

/s/ Douglas P. Woodlock                                 1/18/05 at Boston, Massachusetts
Signature of Issuing Officer                             Date and Location

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

RECEIVED
2005 JAN 19 A 9:40
U.S. MARSHAL SERVICE
BOSTON, MA

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

WARRANT EXECUTED BY USMS PICK UP Return
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/18/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |