UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| v. ) | Case No. 04-10363-DPW | |
| WILLIAM STANLEY, et al. ) | | |
| Defendant ) | | |

**ASSENTED TO MOTION FOR CONTINUANCE OF FINAL STATUS CONFERENCE
TO JULY 20 AND MOTION TO EXCLUDE TIME**

    Consistent with the assertions made on the record in open Court today, the government hereby respectfully moves for a continuance of the final status conference in this matter until July 20, 2005 at 11:45 a.m., and moves to exclude the time from the initial status conference to the final status conference from the time limits imposed by the Speedy Trial Act. Counsel for all parties have assented to this motion.

    As grounds for the continuance, the government asserts that the government has received multiple discovery request letters and has been advised that more will be forthcoming. Counsel for the parties have agreed that the government will respond to all requests at the same time, and that the final status conference should be deferred until after that date, in order that the parties may determine whether there are discovery disputes prior to that conference.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Nancy Rue
    Nancy Rue
    Assistant U.S. Attorney