UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
    v. )     Case No. 04-10363-DPW
WILLIAM STANLEY ET AL. )
    Defendant )

## MOTION FOR CONTINUANCE OF STATUS CONFERENCE

The United States respectfully moves for a continuance of the status conference currently scheduled for July 20, 2005, and respectfully moves that the time between conferences be excluded. Government counsel has attempted to contact defense counsel and has received the assent of six attorneys. No attorney has refused assent, but attorneys for four parties have not yet communicated a position. The government has no reason to believe that they will not assent.

The government seeks the continuance because government counsel is currently in the midst of the trial of US v. Hernandez, No-04-10319-WGY, and will not be able to attend the conference. Additionally, the government is still responding to individual discovery requests and trying to work out resolution of these items by agreement, and therefore, the question of whether there are discovery disputes is not yet ripe.

Finally, the government has been contacted by an attorney who expects to enter an appearance on behalf of defendant Anthony Saunders. That attorney does not expect to be able to confer with Mr. Saunders prior to August 1, and is uncertain whether he can confer with him prior to August 8. Accordingly, a date after August 8 (other than August 11, when Sandra Saunders' counsel is unavailable) would appear to be in the interests of justice in order to allow Mr. Saunders' counsel to enter an appearance and review the existing discovery material.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:    /s/ Nancy Rue
            Nancy Rue
            Assistant U.S. Attorney