UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10363-DPW

UNITED STATES OF AMERICA

v.

William Stanley, et al.

FILED
In Open Court
USDC, Mass.
Date 12/16/05
By _____
Deputy Clerk

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On Dec. 16, 2005, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule _____

2. (a) Discovery status and pending motions  6 pending discovery motions to be resolved today (5 Fidge, 1 Ron Grey)

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete
None

3. Supplemental discovery anticipated as appropriate. None is known at this time, except the normal 21 day discovery, but the gov't is mindful of its duty to supplement.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act  All time from indictment has been excluded either by motions pending or by agreement of the parties.

1

(b) Amount of time remaining under the Speedy Trial Act before trial must commence __70 days__

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act _____

5. (a) The defendant does / ~~does not~~ intend to raise a defense of insanity.
   (b) The defendant does / ~~does not~~ intend to raise a defense of public authority.

6. The Government ~~has~~ / has not requested notice of alibi by the defendant. If notice has been requested, the defendant ~~has~~ / has not timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial __Motions to suppress evidence and statements are expected.__

(b) Briefing schedule established _____

8. Need for schedule concerning any matter in the case other than trial _____

9. Possibility of early resolution of case without trial __Some defendants are likely to plead but it is expected that at least one defendant will go to trial__

10. Trial (is) / ~~is not~~ necessary. Estimated duration of trial __Not more than 10 trial days__

11. Other matters _____

_____
_____
_____
_____
_____.

IT IS HEREBY ORDERED THAT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

By the Court,

Date 12/16/05

_____
Deputy Clerk