UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAR 10  P 12:48

U.S. DISTRICT COURT
DISTRICT OF MASS.

CRIMINAL NUMBER 2004-CR-1063-DPW

---

UNITED STATES OF AMERICA

V.

JOHN MANNING

---

## MOTION TO ALLOW DEFENDANT TO FILE MOTION TO SUPPRESS PHYSICAL EVIDENCE LATE

NOW COMES the defendant and respectfully requests this Honorable Court allow his counsel leave to file the attached Motion to Suppress Physical Evidence and Memorandum of Law in Support thereof approximately one week after the filing date of February 28, 2006.

As reasons therefore, the defendant states that his counsel was engaged in trial during the week prior to and the week of the 28th, thereby impacting his ability to adequately prepare and file the attached Motion and Memorandum of Law. As further reasons therefore, the defendant submits that he is unaware of any objection by the government to this late filing.

WHEREFORE, the defendant respectfully requests this Honorable allow his Motion.

Respectfully Submitted
THE DEFENDANT
By His Attorney,

Timothy R. Flaherty
Flaherty Law Offices
43 Bowdoin Street
Boston, MA 02114
(617) 227-1800
BBO No. 557477