UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 MAR 10  P 12: 48
U.S. DISTRICT COURT
DISTRICT OF MASS.

CRIMINAL NUMBER 2004-CR-1063-DPW

UNITED STATES OF AMERICA

V.

JOHN MANNING

## MOTION TO SUPPRESS PHYSICAL EVIDENCE

NOW COMES the accused in the above-entitled criminal prosecution and respectfully moves this Honorable Court, pursuant to Crim. R. 12(b)(3), suppress from admission in evidence at trial of this matter all evidence, whether tangible or intangible, seized from the person of the accused of from an area of premises under the exclusive control of the accused, or from an area in which the accused enjoyed a reasonable expectation of privacy.

As reasons therefore, the accused states that he is the victim of an illegal and unreasonable search and seizure conducted with a warrant by certain law enforcement officers of the United States, all in violation of his rights as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution, in that there was insufficient legally obtained probable cause for the issuance of a search warrant, the search warrant application and affidavit are insufficient, incomplete and invalid on their face, the search warrant was illegally and unreasonably issued, the search extended beyond the scope of the warrant, the property seized was not listed in the warrant, the warrant was illegally and unreasonably executed, the property seized was not a proper subject for seizure.

WHEREFORE, the accused moves this Honorable Court suppress from entry into evidence the following certain items seized from a 2003 maroon F-150 Ford pick-up truck that the defendant had operated on or about November 8, 2004 at or about the driveway of 8 Colonial Drive, Billerica, Massachusetts, and further from use of any kind in this or any other proceeding;

1. Any and all amounts of marijuana and containers seized from both the bed of a 2003 maroon F-150 Ford pick-up truck and the interior of a warehouse located at 239 Rangeway Road in Billerica, Massachusetts;

2. The fruits of the unlawful search and seizure described in paragraph 1, including but not limited to, any and all subsequent seizures of evidence and/or contraband from any location which the government seeks to introduce against the defendant at the trial of these indictments;

3. The further fruits of the said unlawful search and seizure as described in paragraphs 1 and 2, including but not limited to any and all statements alleged to have been made by the defendant to any and all law enforcement officers;

4. The further fruits of the said unlawful search and seizure as described in paragraphs 1, 2, and 3, including but not limited to the seizures of a Verizon cell phone, a Nextel cell phone, $1800 US currency, photographs and the subsequent searches of the said cell phones.

WHEREFORE, because the aforesaid evidence was obtained in violation of the accused's rights to be secure from unreasonable searches and seizures guaranteed him by the Fourth Amendment to the United States Constitution, the defendant requests that this Honorable Court suppress the said evidence and not allow their introduction into evidence in this or any future proceeding.

Respectfully Submitted
THE DEFENDANT
By His Attorney,

Timothy R. Flaherty
Flaherty Law Offices
43 Bowdoin Street
Boston, MA 02114
(617) 227-1800
BBO No. 557477