UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| v. | ) |
| JOHN MANNING | )   Cr. No. 04-10363-DPW |
| Defendant. | ) |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO SUPPRESS

The government respectfully moves for an extension of time until April 10, 2006 to respond to defendant's motion to suppress. As grounds therefor, the government notes that this defendant's motion seeks to suppress certain evidence also included in the motion of Frederick Pidge, and that response is due April 10, 2006.

The undersigned AUSA has sought the assent of defense counsel but had not received a response by the time of this filing.

Respectfully Submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By:     /s/ Nancy Rue
        Nancy Rue
        Assistant United States Attorney