UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>   v.                                )<br>)   No. 04-10363-DPW<br>**WILLIAM STANLEY, et al.,**        )<br>)<br>      **Defendants.**                )  | |

### GOVERNMENT'S MOTION PURSUANT TO
### *UNITED STATES V. RENGIFO* REGARDING ENGLISH-LANGUAGE <u>TRANSLATIONS OF TAPE-RECORDED SPANISH WIRETAP CONVERSATIONS</u>

   The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Nancy Rue, respectfully moves for leave to introduce into evidence at trial (1) copies of original audio recordings made during the investigation of this case, which recordings are in Spanish; and (2) Spanish transcripts and English translations of those conversations.  The government further requests leave to read into evidence all or part of the English translations.

   As grounds for this motion, the government states as follows:

   During the investigation that led to this case, the government made audio recordings of conversations between one or more co-conspirators and undercover agents.  Certain of the recorded conversations were in Spanish.  The government has prepared Spanish transcriptions and English translations of a number of those tape recordings that contain conversations in which the defendants were participants.  The government has provided copies of these transcripts and translations to defendant's counsel in draft, and will provide final copies when

the court certified translator has completed the translations and is prepared to attest to them.

The government moves for leave to introduce into evidence at trial copies of the original Spanish tape recordings, the Spanish transcriptions and English transcripts of those conversations, and further requests leave to read into evidence all or part of the English transcripts.  See <u>United States v. Renqifo</u>, 789 F.2d 975, 983 (1st Cir. 1986) (finding that English-language translations of tape-recorded conversations that originally took place in Spanish are admissible as substantive evidence; that such transcripts may go to the jury room; and that the government may use readers to read the English translations as an alternative to playing the tape recording).

WHEREFORE, for the foregoing reasons, the government's motion for leave to introduce into evidence at trial copies of the original Spanish tape recordings and the English transcripts of those conversations, and to read into evidence all or part of the English transcripts, should be allowed.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:  /s/ Nancy Rue
    NANCY RUE
    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ Nancy Rue
    Nancy Rue
Date: June 15, 2006    Assistant United States Attorney