```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CRIMINAL NO. |
| v. | ) 04-10363-DPW |
| | ) |
| JOHN MANNING, | ) |
| Defendant. | ) |

**ORDER AND NOTICE OF SCHEDULING TIME OF RULE 11 HEARING**

WOODLOCK, District Judge

    Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:00 P.M. ON JUNE 29, 2006**, in Courtroom #1 on the 3RD floor, before the Honorable Douglas P. Woodlock.

    The parties are advised that the Court will not accept a plea agreement which requires the defendant to waive his/her appeal rights. The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed into custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea,** shall be submitted to the Court **by no later than 12:00 Noon the day before the scheduled Rule 11 hearing**.

```
                                    BY THE COURT,
                                    /s/ Michelle Rynne
DATE: June 27, 2006                 Deputy Clerk
```